# EXHIBIT B TO
# NOTICE OF REMOVAL

Notice of Removal to be filed in State Court

IN THE CIRCUIT COURT FOR KNOX COUNTY, TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| **KENNETH JANES,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3-23-20 |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT**

Pursuant to Title 28 of the United States Code, Section 1446(d), Defendant The Lincoln National Life Insurance Company hereby gives notice of the filing of a Notice of Removal, removing this action from this Court to the United States District Court for the Eastern District of Tennessee. A copy of Defendant's Notice of Removal, filed this day in federal court, is attached hereto as Exhibit "1."

No further action need be taken by this Court, other than forwarding a complete copy of the record of this action to the United States District Court, unless and until this action is remanded to this Court. 28 U.S.C. § 1446(d).

Dated: March 2, 2020.

Respectfully submitted,

By:__________________________________
J. Gordon Howard (TN 026850)
RUSSELL, OLIVER & STEPHENS, PLC
5178 Wheelis Drive
Memphis, TN 38117
Telephone: (901) 844-4449
Facsimile: (901) 844-4435
E-Mail: ghoward@roslawgroup.com

Attorneys for Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2020, a true and exact copy of the foregoing was served via U.S. mail, postage prepaid, upon the following:

Ameesh A. Kherani, Esq.
Kherani | Dunaway, PLLC
2620 Mineral Springs Avenue, Suite A
Knoxville, Tennessee 37917
e-mail: akherani@kheranilaw.com

___________________________________
J. Gordon Howard