UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

Kenneth Janes,

Plaintiff,

v. Case No. 3:20-cv-000094

The Lincoln National Life Insurance Company

Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for The Lincoln National Life Insurance Company ,

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

☑ I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

Tennessee

☑ **AND** I am a member in good standing of another U.S. District Court. A certificate of good standing from the **DISTRICT** court is attached. ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(2). **NO FILING FEE REQUIRED.**

☐ An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date:

Lauren Wong
(Signature–hand signed)

Name: Lauren A. Wong

Firm: Russell, Oliver & Stephens, PLC

Address:

5178 Wheelis Drive, Memphis, TN 38117

Email address: laurenw@roslawgroup.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

} SS.

WESTERN DISTRICT OF TENNESSEE

I, THOMAS M. GOULD, Clerk of the United States for the Western District of Tennessee, Western Division,

DO HEREBY CERTIFY that **Lauren A. Wong** was duly admitted to practice in said Court on May 27, 2010 and is in good standing as a member of the bar of said Court. There is no disciplinary committee at the Western District of Tennessee therefore, the attorney has no disciplinary history with the court. Further, I am unaware of any disciplinary matters involving this attorney in this jurisdiction or elsewhere.

Dated at Memphis, Tennessee

on February 27, 2020.

THOMAS M. GOULD
Clerk of Court

By [signature],
Deputy Clerk