**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| **KENNETH JANES,** | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 03:20-cv-000094 |
| | ) |
| v. | ) District Judge ________________ |
| | ) Magistrate Judge _______________ |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** | ) |
| | ) |
| | ) |
| Defendant. | ) |

---

**DEFENDANT LIBERTY LIFE ASSURANCE COMPANY OF BOSTON'S CORPORATE DISCLOSURE STATEMENT**

---

Defendant Liberty Life Assurance Company of Boston ("Liberty Life") files this Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and shows the Court as follows:

1. The Lincoln National Life Insurance Company's parent corporation is Lincoln National Corporation.
2. Lincoln National Corporation, a publicly held corporation, owns 100% of the stock of The Lincoln National Life Insurance Company.

Dated: March 2, 2020

Respectfully submitted,

s/ Lauren A. Wong

Lauren A. Wong (TN # 028118)*
Russell, Oliver & Stephens, PLC
5178 Wheelis Drive
Memphis, TN 38117
Telephone: (901) 844-4441
Facsimile: (901) 844-4435
laurenw@roslawgroup.com

ATTORNEYS FOR DEFENDANT.

* Motion to appear *pro hac vice* pending.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following Parties of Record, or will be served via U.S. Mail, postage prepaid, upon all others:

Ameesh A. Kherani, Esq.
Kherani | Dunaway, PLLC
2620 Mineral Springs Avenue, Suite A
Knoxville, Tennessee 37917
e-mail: akherani@kheranilaw.com

s/ Lauren A. Wong
Lauren A. Wong