UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

FILED

KENNETH JANES

Plaintiff,

v.

Case No. 3:20cv00094 2020 MAR -5 P 4: 39

THE LINCOLN NATIONAL LIFE INSURANCE CO

U.S. DISTRICT COURT
EASTERN DIST. TENN.

Defendant.

DEPT CLERK

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for The Lincoln National Life Insurance Company ,
moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

☑ I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

Texas

☑ **AND** I am a member in good standing of another U.S. District Court. A certificate of good standing from the **DISTRICT** court is attached. ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(2). **NO FILING FEE REQUIRED.**

☐ An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 3, 2010

(Signature–hand signed)

Name: Iwana Rademaekers
Firm: Law Offices of Iwana Rademaekers, P.C.
Address:
14785 Preston Road, Suite 550, Dallas, Texas 75254

Email address: iwana@rademaekerslaw.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

# CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

**Iwana Rademaekers**

| Bar Number: | Date of Admission: |
| --- | --- |
| **16452560** | **11/07/1988** |

Witness my official signature and the seal of this court.

Dated: March 02, 2020

Karen Mitchell,
Clerk of Court

By: /s/ K. Riojas
Deputy Clerk

