**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| **KENNETH JANES,** | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 3:20-cv-00094 |
| | ) | |
| v. | ) | District Judge Travis R. McDonough |
| | ) | Magistrate Judge Debra C. Poplin |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

---

COMES NOW Defendant The Lincoln National Life Insurance Company ("Lincoln") and files this Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint.

1. Plaintiff filed his Complaint on January 23, 2020, and Lincoln removed the lawsuit to this Court on March 2, 2020. Lincoln must file its Answer or otherwise respond by March 9, 2020.

2. Defendant requests an extension for Lincoln to respond to or answer Plaintiff's Complaint in order to allow it time to obtain the necessary documents to appropriately respond to the Complaint. Further, the Parties are discussing a resolution of the case and want to save both the Court's resources and the Parties' time and expense of filing briefs if the case will be resolved through settlement. Accordingly, Defendant respectfully requests that the Court enter an order that Lincoln have until and including March 16, 2020, to answer or otherwise respond to Plaintiff's Complaint.

3. The office of the undersigned conferred with Plaintiff's counsel, Ameesh A. Kherani, with regard to the relief requested in this Motion, and Plaintiff's counsel has stated that Plaintiff is not opposed to this Motion.

4. This Motion for Extension of Time to Respond to Plaintiff's Complaint is not filed for purpose of delay, but only so that justice may be done.

WHEREFORE, Defendant requests that the Court enter an order that Lincoln shall have until and including March 16, 2020, to answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted this 9th day of March 2020.

s/ Lauren A. Wong
Lauren A. Wong (TN # 028118)*
(Admitted Pro Hac Vice)
RUSSELL, OLIVER & STEPHENS, PLC
5178 Wheelis Drive
Memphis, TN 38117
Telephone: (901) 844-4441
Facsimile: (901) 844-4435
Email: laurenw@roslawgroup.com

- AND -

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted Pro Hac Vice)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Telephone: (214) 579-9319
Facsimile: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following Parties of Record:

Ameesh A. Kherani, Esq.
e-mail: akherani@kheranilaw.com

*s/ Lauren A. Wong*
Lauren A. Wong