FILED

2020 MAR 16 P 12: 25

U.S. DISTRICT COURT
EASTERN DIST. TENN.

——— DEPT. CLERK

**Iwana Rademaekers**
Law Offices of Iwana Rademaekers, P.C.
14785 Preston Road, Suite 550
Dallas, TX 75254

EASTERN DISTRICT OF TENNESSEE
OFFICE OF
CLERK, UNITED STATES DISTRICT COURT
800 MARKET ST., SUITE 130
KNOXVILLE, TENNESSEE 37902

OFFICIAL BUSINESS

neopost
03/10/2020
US POSTAGE

FIRS
$0
041

RECEIVED

MAR 16 2020

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

INSPECTED

* 372 NDE 1 11917203/1
FORWARD TIME EXP RTN TO SEND
:LAW OFFICES OF SAMUEL ODURO
12700 HILLCREST RD STE 125
DALLAS TX 75230-2009

RETURN TO SENDER

75254307099 3 0033

**U.S. District Court - Eastern District of Tennessee**

## Notice of Electronic Filing

The following transaction was entered on 3/9/2020 at 9:50 AM EDT and filed on 3/9/2020

**Case Name:** Janes v. The Lincoln National Life Insurance Company

**Case Number:** 3:20-cv-00094-TRM-DCP

**Filer:**

**Document Number:** 10(No document attached)

**Docket Text:**

**ORDER granting [9] Motion for Leave to Appear Pro Hac Vice. You MUST register as an E-Filer here: https://pacer.psc.uscourts.gov/pscof/regWizard.jsf; granting [2] Motion for Leave to Appear Pro Hac Vice. You MUST register as an E-Filer here: https://pacer.psc.uscourts.gov/pscof/regWizard.jsf. Signed by Magistrate Judge Debra C. Poplin on 3/9/2020. (This entry constitutes the complete Order of the Court). (AGA)**