**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| **KENNETH JANES,** | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 3:20cv00094 |
| | ) |
| v. | ) District Judge Travis R. McDonough |
| | ) Magistrate Judge Debra C. Poplin |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** | ) |
| | ) |
| Defendant. | ) |

# NOTICE OF SETTLEMENT

Defendant The Lincoln National Life Insurance Company hereby gives notice that this case has settled. The parties are working on finalizing settlement documents at this time. The parties will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

Respectfully submitted this 16th day of March 2020.


/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted Pro Hac Vice)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Telephone: (214) 579-9319
Facsimile: (469) 444-6456
Email: iwana@rademaekerslaw.com

- AND -

s/ Lauren A. Wong

Lauren A. Wong (TN # 028118)*
(Admitted Pro Hac Vice)
RUSSELL, OLIVER & STEPHENS, PLC
5178 Wheelis Drive
Memphis, TN 38117
Telephone: (901) 844-4441
Facsimile: (901) 844-4435
Email: laurenw@roslawgroup.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following Parties of Record:

Ameesh A. Kherani, Esq.
e-mail: akherani@kheranilaw.com

*s/ Lauren A. Wong*
Lauren A. Wong