**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| KENNETH JANES,<br><br>*Plaintiff,*<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:20-cv-94<br><br>Judge Travis R. McDonough<br><br>Magistrate Judge Debra C. Poplin |

---

**ORDER**

---

Defendant The Lincoln National Life Insurance Company filed a notice of settlement on March 16, 2020. (Doc. 14.) The parties are hereby **ORDERED** to file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or an agreed order of dismissal pursuant to Local Rule 4.8 on or before April 17, 2020. The parties are **ON NOTICE** that, if they fail to comply by that deadline, the Court may dismiss this action with prejudice pursuant to Rule 41(b) and Local Rule 68.1.

**SO ORDERED.**

**/s/ *Travis R. McDonough***
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**