**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| **KENNETH JANES,** | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 3:20cv00094 |
| | ) |
| v. | ) District Judge Travis R. McDonough |
| | ) Magistrate Judge Debra C. Poplin |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** | ) |
| | ) |
| Defendant. | ) |

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Plaintiff Kenneth Janes and Defendant The Lincoln National Life Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Respectfully submitted this 14th day of April 2020.

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted Pro Hac Vice)
LAW OFFICES OF IWANA
RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Telephone: (214) 579-9319
Facsimile: (469) 444-6456
Email: iwana@rademaekerslaw.com

- AND -


s/ Lauren A. Wong
Lauren A. Wong (TN # 028118)*
(Admitted Pro Hac Vice)
RUSSELL, OLIVER & STEPHENS, PLC
5178 Wheelis Drive
Memphis, TN 38117
Telephone: (901) 844-4441
Facsimile: (901) 844-4435
Email: laurenw@roslawgroup.com

ATTORNEYS FOR DEFENDANT


**- AND -**


/s/ Ameesh A. Kherani
Ameesh A. Kherani, BPR #030218
KHERANI | DUNAWAY
2620 Mineral Springs Avenue, Ste A
Knoxville, TN 37917
PH: (865) 777-0786
FAX: (865) 622-8887
Email: akherani@kheranilaw.com

ATTORNEYS FOR PLAINTIFF